■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD R. BASS, Appellant. [698 NYS2d 924] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered January 20, 1994, convicting defendant upon his plea of guilty of the crime of murder in the second degree.

Pursuant to a plea bargain agreement, defendant pleaded guilty to the crime of murder in the second degree and was sentenced to a prison term of 15 years to life. Defense counsel now seeks to be relieved of her assignment on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. Notwithstanding defendant's protestations of innocence

prior to sentencing and his unsuccessful attempt to withdraw his plea of guilty, the record indicates that defendant entered a knowing, voluntary and intelligent plea of guilty and that he was sentenced in accordance with the plea agreement (*see, People v Levene*, 250 AD2d 882, *lv denied* 93 NY2d 875). In view of the foregoing, we affirm the judgment of conviction and grant defense counsel's application to be relieved of her assignment (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Mikoll, J. P., Crew III, Spain, Graffeo and Mugglin, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.